# STATE SUPREME COURT

## Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO

### COLUMBUS

Chief Justice—C. T. Marshall, Zanesville.
Judges—R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; Florence E. Allen, Cleveland; Robert H. Day, Massillon.
Clerk—Seba H. Miller, Springfield.
Deputy Clerks—Thos. J. Edwards, Lawrence J. Corcoran.
Regular Term—First Tuesday after first Monday of January, at Columbus.
Reporter—John W. L. Henney, Columbus; Bell.
Assistant Reporters—Clinton Collins, H L. Connett, Columbus.

### LAW LIBRARY

Librarian—John W. Shaw, Troy.
Assistants—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

## SUPREME COURT

### NEW CASES FILED

#### Saturday, March 17, 1923

17904—The State of Ohio ex rel Herbert M. Vogt v. Vic Donahey, as Governor of the State of Ohio; In Mandamus. Attorneys for plaintiff, Milton Haines, Massillon, Elson Wefler, Massillon, P. E. Dempsey and Joseph McGhee, Columbus, Ohio.; for defendant, C. C. Crabbe, Attorney General, Columbus, Ohio.

#### Tuesday, March 20, 1923

17905—The Industrial Commission of Ohio v. Andrea Collela; Summit county; motion to certify record. Attorney for plaintiff, C. C. Crabbe, Attorney General, and R. R. Zurmehly, Columbus, Ohio, A. W. Doyle and W. A. Spencer, Akron, Ohio; for defendant, Smoyer, Clivedinst and Smoyer, Akron, Ohio.

#### Thursday, March 22, 1923

17906—William Pade v. James May; Cuyahoga county; motion to certify record. Attorney for plaintiff, Edw. J. Hobday, Cleveland, Ohio; for defendant, Mathews, Bell and Winsper, Cleveland, Ohio.
17907—Mabel G. Hester v. J. S. Miller and Oliver G. Miller; Stark county; motion to certify record. Attorneys for plaintiff, J. A. Jeffers, Canton, Ohio; Fillius and Fillius, Warren, Ohio; for defendant, Hart and Koehler and E. Diehl, all of Alliance, Ohio, Ammerman and Mills, Canton, Ohio.
17908—Mary Lizzie Burkey et al v. Monroe Meyers; Mahoning county; motion to certify record. Attorneys for plaintiff, E. R. Zeiger and W. L. Countryman, Youngstown, Ohio; for defendant, H. H. Wickham, Youngstown Ohio.
17909—The Tax Commission of Ohio v. Jennie V. Oswald, as extr'x; Wood county; motion to certify record. Attorneys for plaintiff, C. C. Crabbe and Wm. J. Meyers, Columbus, Ohio, Ray D. Avery, Prosecuting Attorney, Bowling Green, Ohio, H. R. Smith, Wooster, Ohio; for defendant, not known.

#### Friday, March 23, 1923

17910—Howard L. Bevis et al v. B. W. Gearhart, as Supt. of Insurance of Ohio, et al; Franklin county; motion to certify record. Attorneys for plaintiff, Howard L. Bevis and Clarence M. Smith, Cincinnati, Ohio; for defendant, C. C. Crabbe and C. S. Younger, Columbus, Ohio.

17911—Albert Pick & Co. v. Joell Bragg; Lucas county; motion to certify record. Attorney for plaintiff, Lewis B. Hall, Toledo, Ohio; for defendant, Alfred J. Croll, Toledo, Ohio.
17912—Chas. Frye v. Wm. Frye, ets., et al; Hamilton county; motion to certify record. Attorney for plaintiff, Lewis Pfleger, Cincinnati, Ohio; for defendant, H. A. Geoghegan, Cincinnati, Ohio.
17913—The Columbus Mutual Life Insurance Co. v. Margaret A. Jordan; Logan county; motion to certify record. Attorney for plaintiff, J. M. Sheets, Columbus, Ohio; for defendant, not known.

#### Monday, March 26, 1923

17914—Robert Murphy v. The City of Toledo; Lucas county; motion to certify record. Attorney for plaintiff, B. F. James, Bowling Green, Ohio, and Eldon H. Young, Toledo, Ohio; for defendant, F. M. Dotson, Director of Law, M. S. Dodd, Ass't Director of Law.
17915—The State of Ohio ex rel Edward C. Stanton, as Pros. Atty. of Cuyahoga county v. The Board of Park Commissioners of the Metropolitan Park District of Cleveland, Cuyahoga County, et al; Cuyahoga county; petition as of right. Attorneys for plaintiff, E. C. Stanton, Geo. Hansen and J. E. Mathews, Cleveland, Ohio; for defendant, Locher, Green and Woods, Cleveland, Ohio.

## PROCEEDINGS

### GENERAL DOCKET

#### Tuesday, March 20, 1923

17520—James A. Barnes v. Clyde K. Christy et al. Error to the Court of Appeals of Sandusky county. Dismissed because no constitutional question involved. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.
17724—Board of Education of Silver Lake Village School District v. George M. Korns, Auditor. Error to the Court of Appeals of Summit county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.
17725—Robert L. Miller v. George M. Korns, Auditor. Error to the Court of Appeals of Summit county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.
17747—The State, ex rel, Jay Levy, ex parte, v. John Taylor, Sheriff. Error to the Court of Appeals of Lucas county. Judgment affirmed on authority of Seaman v. State, No. 17416, 106 Ohio St., ——. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

### MOTION DOCKET

17520—James A. Barnes v. Clyde K. Christy et al. Motion by Clyde K. Christy, defendant in error, to dismiss petition in error. Sustained.
17794—Franklin Alter, Jr., et al v. The Union Savings Bank & Trust Co. et al. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled.
17807—E. E. Curtis, Safety Director, et al v. The State ex rel Catherine E. Morgan. Motion by plaintiff to dispense with printing bill of exceptions and exhibits. Allowed.